No. 84–6159. KILPATRICK *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals with instructions to remand the case to the United States District Court for the District of Maryland with instructions to remand the case to the Secretary of Health and Human Services

for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984.